UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| RED SOX INVESTMENTS, L.L.C., ET AL, ON BEHALF OF ITSELF AND A CLASS OF SIMILARLY SITUATED PROPERTY OWNERS | NUMBER: |
| VERSUS | JUDGE |
| CITY OF SHREVEPORT, LOUISIANA AND CADDO PARISH, LOUISIANA | MAGISTRATE JUDGE HORNSBY |

## AFFIDAVIT

STATE OF LOUISIANA    :

PARISH OF CADDO    :

BEFORE ME, the undersigned Notary Public, personally came and appeared Edwin H. Byrd, III, who after being duly sworn, did depose and state:

He is the attorney for defendant, City of Shreveport, in the above and foregoing Notice of Removal, the copies of the documents listed in paragraph 6 of the Notice of Removal constitute the entire state court records as of the date of removal, and all of the allegations of fact contained in the Notice of Removal are true and correct to the best of his knowledge, information and belief.

_____
Edwin H. Byrd, III

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public, on this the 28th day of April, 2016.

_Melanie Hodge Lawless_
NOTARY PUBLIC

MELANIE HODGE LAWLESS
NOTARY PUBLIC ID # 63378
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE